No. 745. STANLEY FRANCIS, PETITIONER, *v.* THE UNITED STATES. May 27, 1907. Petition for a writ of certiorari to

the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles L. Frailey* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.